IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ALLEN WAYNE HOWARD,                             2:12-cv-01411-HU

         Plaintiff,                                   ORDER

   v.

MARK NOOTH,

         Defendant.

MOSMAN, Judge

    Plaintiff's motion for voluntary dismissal (#4) is GRANTED. This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this 17 day of September, 2012.

                                              Michael W. Mosman
                                              United States District Judge

1 - ORDER